

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00384-CR

**IN RE** Andre **CLEWIS**

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Jason Pulliam, Justice

On July 11, 2016, Relator filed a motion for rehearing. The panel has considered the motion and the response filed on behalf of the real party in interest and the motion is DENIED.

It is so **ORDERED** on July 15, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2005CR9206C, styled *The State of Texas v. Andre Clewis*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.